# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR218-14**

United States of America

vs.

**Kenneth Leon Bradley**

**10:04 - 10:42**

Defendant/Age

**Greg Gilluly**

U. S. Attorney

**Wrix McIlvaine**

Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count One (1)** of the indictment.
- [✓] Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **S/A Kennedy** .
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD** .
- [ ] Bond Continued ___ Bond modified to _____ .
  Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **10/22/2018**

Court Reporter **Debra Gilbert**    Probation Officer **Nicole Migut**

Courtroom Deputy Clerk **Whitney Sharp**    U.S. Marshal **Marty**