FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 DEC 19  AM 10: 04

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | 2:18CR00014 |
| v. | : | |
| | : | |
| KENNETH LEON BRADLEY | : | |

## ORDER

Defendant filed a Motion for Leave for Extension of Time to File a Response to the Proposed Presentence Report whereby Defendant seeks a thirty (30) day extension.

Defendant's Motion is hereby GRANTED.

Defendant by and through his attorney shall have until January 17th, 2019 to file any response or objections to the proposed presentence report.

SO ORDERED this ___ day of _____, 2018.

_____
THE HON. LISA GODBEY WOOD
DISTRICT COURT JUDGE
SOUTHERN DISTRICT GEORGIA