# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **218-cr-14**
**USA v. Kenneth Leon Bradley**
TITLE

DATE **5/21/2019**

TIMES **10:04-10:46**

TOTAL **42 minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**        Courtroom Deputy : **Kim Mixon**

Court Reporter : **Debra Gilbert**        Interpreter :

| Attorney for | Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Matt Josephson | | Wrix McIlvaine | Kenneth Leon Bradley |

PROCEEDINGS : **Sentencing**        ☑ In Court        ☐ In Chambers

 **Court received Government's 5K Motion. Court received the sentencing memo from Defendant.**
 **PSR received. No objections.**
 **The Court adopts the findings of fact and conclusions of applicable advisory guidelines, Total Offense**
 **Level 34, Criminal History II, 168-210 months, 5 yr supervised release, $35,000 to $10,000,000 fine, no**
 **restitution, $100 special assessment.**
 **Government as to 5K Motion 10:06-10:08; Defense argument on 5K motion 10:08-10:09.**
 **Court grants 5K Motion.**
 **Defense witness George F. Metz. Witness sworn. 10:10-10:17.**
 **Defense witness Dorothy Bradley Alford. Witness sworn. 10:17-10:21.**
 **Defense argument 10:21-10:26. Government argument 10:26-10:29.**
 **Defendant statement 10:29-10:30.**
 **10:31-Court: BOP 112 months, below mandatory based on 3553 motion, no fine, $100 special assessment,**
 **supervised release for 5 years, comply with standard and mandatory conditions, cooperation with**
 **collection of DNA/no possession of firearm or dangerous weapon/special conditions substance abuse**
 **testing, no tampering with testing.**
 **Recommends to BOP that Defendant be evaluated for drug counseling program.**
 **FCI Jesup if space and security will allow.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **218-cr-14**                                    DATE **5/21/2019**

TITLE **USA v. Kenneth Leon Bradley**

PROCEEDINGS (continued): **Sentencing**

**Counts 2, 3, 4, 5, 6, 7, 8, 9, 10, 21, 22, 30, 31, 32, 33, 34 and 36 are dismissed as to this defendant pursuant to plea agreement.**

**Defense requests to file sentencing memo under seal. Government grants Defense's request. Sentencing memorandum allowed to be filed under seal.**